# United States District Court
## WESTERN DISTRICT OF TENNESSEE

## JUDGMENT IN A CIVIL CASE

JEFFERY G. DOUGLAS,
    Plaintiff,

v.                                        Cv. No. 15-1046-JDT-egb

F.S., ET AL.,
    Defendants,

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above styled matter on 4/24/2015, the Court DISMISSES the action under 28 U.S.C. §§ 1915(e)(2)(B)(i)-(ii) and 1915A(b)(1) and Rule 12(h)(3) of the Federal Rules of Civil Procedure. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal in this matter by Plaintiff would not be taken in good faith. the Plaintiff is instructed that if he wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in *McGore* and § 1915(a)(2) by filing an updated *in forma pauperis* affidavit and a current, certified copy of his inmate trust account for the six months immediately preceding the filing of the notice of appeal.

**APPROVED:**

                                                s/James D. Todd
                                                JAMES D. TODD
                                                UNITED STATES DISTRICT JUDGE

**THOMAS M. GOULD**
**CLERK**

**BY: Maurice Bryson**
**DEPUTY CLERK**