

**TN** Department of
**Correction**

MEMORANDUM

TO: WHOM IT MAY CONCERN

FROM: WENDY PRUETT, ACCOUNTING TECHNICIAN

SUBJECT: Jeffery D. Douglas, # 467106

DATE: 11-1-18

This is to inform you that the court documents that you have served on the above inmate are being returned to you for the following reason:



1. No longer incarcerated at this institution.

2. There are no funds available and it is unlikely that there will be any funds available in the near future.

3. The inmate is deceased.

If you have any questions you may contact me at 731-253-5000, extension 253-5233.
Sincerely,

Wendy Pruett
Wendy Pruett
Accounting Technician

WP/ech

Enclosure

RECEIVED BY
NOV -9 2018
Thomas M. Gould, Clerk
U.S. District Court
W. D. OF TN, Jackson

Northwest Correctional Complex • 960 State Route 212 • Tiptonville, TN 38079 •
Tel: 731-253-5000 • Fax: 731-253-5150 • tn.gov/Correction

```
LCLA                        OFFENDER ATTRIBUTES           DATE: 11/07/18
BI45K53                   SOCIAL INFORMATION DETAIL       TIME: 10:52 AM

TOMIS ID:  00467106   DOUGLAS, JEFFERY G.
   Status:  ACTV  ACTIVE              Location:  P57R
   Alerts:

 Marital Status:  D    DIVORCED         Religion:      65   CHRISTIAN FAITH
     DL Number:  058008133              DL State:      TN   TENNESSEE
County of Birth:  057  MADISON    State of Birth:      TN   TENNESSEE
Country Citizen:
  Place of Birth:                      Alien ID:
   Jurisdiction:  TN   TENNESSEE
    Actual Site:          Unit:          Cell:              Bed:
  Assigned Site:          Unit:          Cell:              Bed:
  Custody Level:                              PREA Aggressor:   N

          Street:  437 RIVERSIDE DRIVE
            City:  JACKSON              State: TN  Zip:  38301
      Home Phone:  (731)736-1109    Alternate Phone:  (731)234-1111
NEXT FUNCTION:           DATA:
F1-HELP        F5-PREVIOUS  F6-NEXT      F9-QUIT     F10-REFRESH  F11-SUSPEND
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY G. DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| VS. | ) | No. 14-1302-JDT-egb |
| | ) | |
| | ) | |
| NORTHWEST CORRECTIONAL | ) | |
| COMPLEX, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*
## AND ASSESSING $350 FILING FEE IN ACCORDANCE WITH PLRA

On November 4, 2014, Jeffery G. Douglas, Tennessee Department of Correction prisoner number 467106, who is incarcerated at the Northwest Correctional Complex ("NWCX") in Tiptonville, Tennessee, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1.) However, Plaintiff failed to either pay the civil filing fee or submit the appropriate application to proceed *in forma pauperis* and a copy of his inmate trust account statement, as required by the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. §§ 1915(a)(1)-(2). Therefore, the Court issued an order, directing Plaintiff to submit the necessary documents or pay the entire $400 filing fee.[1] (ECF No. 6.) Plaintiff has now complied with that order. (ECF Nos. 7 & 11.)

---

[1] Twenty-eight U.S.C. § 1914(a) requires a civil filing fee of $350. In addition, § 1914(b) requires the clerk to "collect from the parties such additional fees . . . as are prescribed by the Judicial Conference of the United States." The Judicial Conference has prescribed an additional administrative fee of $50 for filing any civil case, except for cases in which the plaintiff is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. As the Court is granting leave to proceed *in forma pauperis* in this case pursuant to the terms of the PLRA, Plaintiff is not liable for the additional $50 fee.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY G. DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 14-1302-JDT-egb |
| | ) | |
| CRYSTAL A. DOUGLAS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER GRANTING LEAVE TO APPEAL *IN FORMA PAUPERIS*
AND ASSESSING $505 APPELLATE FILING FEE PURSUANT TO PLRA

On March 2, 2015, the *pro se* Plaintiff, Jeffery G. Douglas, Tennessee Department of Correction prisoner number 467106, who is incarcerated at the Northwest Correctional Complex ("NWCX") in Tiptonville, Tennessee, filed an interlocutory notice of appeal from the Court's order dismissing the complaint and granting leave to amend entered on February 6, 2015. (ECF No. 18.) In compliance with the Court's March 3, 2015, order (ECF No. 25) directing him to comply with the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(a)-(b), Plaintiff filed an updated *in forma pauperis* affidavit and inmate trust account statement on March 16, 2015. (ECF No. 27.)

Under the PLRA, a prisoner seeking to file an appeal must pay the $505 appellate filing fee in full. Although the obligation to pay the filing fee accrues at the moment the appeal is filed, *see McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997), *partially*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JEFFERY G. DOUGLAS, )
　)
　　Plaintiff, )
　)
VS. ) No. 1:15-cv-1046 -JDT-egb
　)
FRANCINE C. SCHREIBER, ET AL., )
　)
　　Defendants. )

---

**ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*
AND ASSESSING $350.00 FILING FEE IN ACCORDANCE WITH PLRA**

---

On March 2, 2015, Plaintiff Jeffery G. Douglas, who is incarcerated at the Northwest Correctional Complex in Tiptonville, Tennessee, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis*. (ECF Nos. 1 & 2.)

Under the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(a)-(b), a prisoner bringing a civil action must pay the full filing fee required by 28 U.S.C. § 1914(a).[1] Although the obligation to pay the fee accrues at the moment the case is filed, *see McGore v. Wrigglesworth*, 114 F.3d 301, 605 (6th Cir. 1997), *partially overruled on other grounds by LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013), the PLRA

---

[1] Twenty-eight U.S.C. § 1914(a) requires a civil filing fee of $350. However, pursuant to § 1914(b), "[t]he clerk shall collect from the parties such additional fees only as are prescribed by the Judicial Conference of the United States." The Judicial Conference has prescribed an additional administrative fee of $50 for filing any civil case, except for cases in which the plaintiff is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. As the Court is granting leave to proceed *in forma pauperis* in this case pursuant to the terms of the PLRA, Plaintiff is not liable for the additional $50 fee.

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY G. DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 14-1029-JDT-cgc |
| | ) | |
| DEBORAH BEASLEY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER GRANTING LEAVE TO APPEAL *IN FORMA PAUPERIS*
AND ASSESSING $505 APPELLATE FILING FEE PURSUANT TO PLRA

On March 27, 2017, the *pro se* Plaintiff, Jeffery G. Douglas, Tennessee Department of Correction prisoner number 467106, who is incarcerated at the Northwest Correctional Complex ("NWCX") in Tiptonville, Tennessee, filed a notice of appeal (ECF No. 91) from the order of dismissal and judgment entered on March 16, 2017 and March 17, 2017, respectively (ECF Nos. 89 & 90). On April 4, 2017, the Court issued an order directing Plaintiff to submit, within 30 days, either the entire $505 appellate filing fee or an updated *in forma pauperis* affidavit and a current copy of his inmate trust account statement. (ECF No. 93.) Plaintiff submitted the required information on April 17, 2017. (ECF No. 95.)

Under the PLRA, a prisoner seeking to file an appeal must pay the $505 appellate filing fee in full. Although the obligation to pay the filing fee accrues at the moment the appeal is filed, *see McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997), *partially*